1  Jennifer J. Brady (SBN 233440)
   Email: jbrady@reedsmith.com
2  Feather D. Baron (SBN 252489)
   Email: fbaron@reedsmith.com
3  101 Second Street, Suite 1800
   San Francisco, CA  94105-3659
4  Telephone:     +1 415 543 8700
   Facsimile:     +1 415 391 8269
5
   Attorneys for Defendants
6  BAC Home Loans Servicing, LP and
   ReconTrust Company, N.A.
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10
11  DALE HARMS,                              ) Case No. C11-02757 JSW
                                             )
12              Plaintiffs,                  ) **DEFENDANTS' CERTIFICATION OF**
                                             ) **INTERESTED ENTITIES OR PERSONS**
13       vs.                                 )
                                             ) *[Filed concurrently with Defendants' Motion to*
14  BAC HOME LOANS SERVICING, L.P.;          ) *Dismiss Plaintiff's Complaint]*
    RECONTRUST COMPANY N.A.; AND DOES        )
15  1-10, INCLUSIVE,                         ) Compl. Filed: June 7, 2011
                                             )
16              Defendants.                  ) *Honorable Jeffrey S. White*
                                             )
17                                           )

18

19       Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

20  associations of persons, firms, partnerships, corporations (including parent corporations) or other

21  entities (i) have a financial interest in the subject matter in controversy or in a party to the

22  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

23  substantially affected by the outcome of this proceeding:

24       •    BAC Home Loans Servicing, LP, which is controlled by BAC GP, LLC and BANA

25  LP, LLC, both of which are wholly owned by Bank of America, National Association ("BANA").

26  BANA is a wholly owned subsidiary of BANA Holding Corp., which is a wholly owned subsidiary

27  of BAC North America Holding Company, which is a wholly owned subsidiary of NB Holdings

28  Corp., which is a wholly owned subsidiary of Bank of America Corporation.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Case No. C11-02757 JSW                      – 1 –                         US_ACTIVE-106608435.1
DEFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

- ReconTrust Company, N.A., which is a wholly owned subsidiary of BANA.

DATED: July 1, 2011

REED SMITH LLP

By  /s/ Feather D. Baron
　　Feather D. Baron
　　Attorneys for Defendants BAC Home Loans
　　Servicing, LP and ReconTrust Company, N.A.