**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE HARMS,<br><br>    Plaintiff,<br><br>  v.<br><br>BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A., and DOES 1-10, inclusive,<br><br>    Defendants.<br>_____/ | No. C 11-02757 JSW<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Claudia Wilken to determine whether it is related to *Harms v. Recontrust Co., et al.*, Case No. 10-1598 CW.

**IT IS SO ORDERED.**

Dated: July 28, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DALE HARMS,

        Plaintiff,

  v.

BAC HOME LOANS SERVICING, L.P. et al,

        Defendant.

Case Number: CV11-02757 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dale Harms
2063 Main Street, #282
Oakley, CA 94561

Dated: July 28, 2011

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk