Jennifer J. Brady (SBN 233440)
Email: jbrady@reedsmith.com
Feather D. Baron (SBN 252489)
Email: fbaron@reedsmith.com
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Defendants
BAC Home Loans Servicing, LP and
ReconTrust Company, N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE HARMS, | Case No.: C11-02757 CW |
| Plaintiff, | **DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| vs. | |
| BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A., AND DOES 1-10, INCLUSIVE, | Original Date:   September 30, 2011<br>New Date:   September 29, 2011<br>Time:   2:00 p.m.<br>Ctrm:   2 (4th Floor) |
| Defendant. | Compl. Filed:   June 7, 2011 |
| | *Honorable Claudia Wilken* |

PLEASE TAKE NOTICE that the Motion by Defendants BAC Home Loans Servicing, LP and ReconTrust Company, N.A. (collectively, "Defendants") to Dismiss the Complaint filed herein by Plaintiff Dale Harms ("Plaintiff"), which had been previously noticed for September 30, 2011, at 9:00 a.m., in Courtroom 11 of the United States District Court for the Northern District of California, located at 450 Golden Gate Avenue, 19th Floor, San Francisco, California, will now be heard on **September 29, 2011, at 2:00 p.m., in Courtroom 2, 4th Floor, located at 1301 Clay Street, Oakland, CA** before the Honorable Claudia Wilken.

This Motion is based on this Amended Notice, the Notice of Motion and Motion to Dismiss (Docket No. 14), Defendants' Request for Judicial Notice (Docket No. 15) and Defendants' [Proposed] Order (Docket No. 16). This Motion has been fully briefed. *See* Plaintiff's Opposition (Docket No. 19), Defendants' Reply (Docket No. 21) and Plaintiff's Sur-Reply (Docket No. 23).

DATED: August 4, 2011.

REED SMITH LLP

By___/ s / Feather D. Baron_____
    Feather D. Baron
    Attorneys for Defendants BAC Home Loans
    Servicing, LP and ReconTrust Company, N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP

A limited liability partnership formed in the State of Delaware

1

## CERTIFICATE OF SERVICE

2       I am a resident of the State of California, over the age of eighteen years, and not a party to

3   the within action.  I am employed in the office of a member of the bar of this court at whose
    direction the service was made.  My business address is REED SMITH LLP, 101 Second Street,

4   Suite 1800, San Francisco, CA  94105-3659.  On July 22, 2011, I served the following document(s)
    by the method indicated below:

5

6   **DEFENDANTS' AMENDED NOTICE OF MOTION TO DISMISS PLAINTIFF'S
    COMPLAINT**

7   ☐   by transmitting via facsimile on this date from fax number +1 415 391 8269 the document(s)
        listed above to the fax number(s) set forth below.  The transmission was completed before

8       5:00 PM  and was reported complete and without error.  The transmission report, which is
        attached to this proof of service, was properly issued by the transmitting fax machine.

9       Service by fax was made by agreement of the parties, confirmed in writing.

10  ☒   by placing the document(s) listed above in a sealed envelope with postage thereon fully
        prepaid, in the United States mail at San Francisco, California addressed as set forth below.

11      I am readily familiar with the firm's practice of collection and processing of correspondence
        for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that

12      same day with postage thereon fully prepaid in the ordinary course of business.  I am aware
        that on motion of the party served, service is presumed invalid if the postal cancellation date

13      or postage meter date is more than one day after the date of deposit for mailing in this
        Declaration.

14
    ☐   by placing the document(s) listed above in a sealed envelope(s) and by causing personal
15      delivery of the envelope(s) to the person(s) at the address(es) set forth below.

16  ☐   by personally delivering the document(s) listed above to the person(s) at the address(es) set
        forth below.

17
    ☒   by placing the document(s) listed above in a sealed envelope(s) and consigning it to an
18      express mail service for guaranteed delivery on the next business day following the date of
        consignment to the address(es) set forth below.

19
    ☐   by transmitting via email to the parties at the email addresses listed below:
20
        Dale Harms
21      2063 Main Street
        Suite 282
22      Oakley, CA  94561
        Tel: 925.785.0389
23      Fax: 925.625.1211
        Email: degarmo@sonic.net
24      *[Plaintiff in Pro Per]*
                I declare under penalty of perjury under the laws of the United States that the above is
25  true and correct.  Executed on July 22, 2011, at San Francisco, California.

26

27                              /s/ Linda I. Pringle
                                Linda I. Pringle

28

CERTIFICATE OF SERVICE RE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT