IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE HARMS, | No. C 11-02757 CW |
| Plaintiff, | CLERK'S NOTICE CONTINUING MOTION HEARING |
| v. | |
| BAC HOME LOANS SERVICING, L.P., et al., | |
| Defendants. | |

Notice is hereby given that the motion to amend/correct, previously set for Thursday, September 15, 2011, is continued to Thursday, September 29, 2011, at 2:00 p.m., to be heard along with the motion to dismiss and case management conference, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 8/11/2011



Deputy Clerk