Jennifer J. Brady (SBN 233440)
Email: jbrady@reedsmith.com
Feather D. Baron (SBN 252489)
Email: fbaron@reedsmith.com
101 Second Street, Suite 1800
San Francisco, CA  94105-3659
Telephone:     +1 415 543 8700
Facsimile:      +1 415 391 8269

Attorneys for Defendants
Bank of America, N.A. (successor by merger to
BAC Home Loans Servicing, LP) and
ReconTrust Company, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE HARMS,<br><br>                Plaintiffs,<br><br>  vs.<br><br>BAC HOME LOANS SERVICING, L.P.;<br>RECONTRUST COMPANY N.A.; AND DOES<br>1-10, INCLUSIVE,<br><br>                Defendants. | Case No. C11-02757 CW<br><br>**DEFENDANTS' UPDATED CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Compl. Filed: June 7, 2011<br><br>*Honorable Claudia Wilken* |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

• BAC Home Loans Servicing, LP has merged into Bank of America, National Association ("BANA"). BANA is a wholly owned subsidiary of BANA Holding Corp., which is a wholly owned subsidiary of BAC North America Holding Company, which is a wholly owned subsidiary of NB Holdings Corp., which is a wholly owned subsidiary of Bank of America Corporation.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

- ReconTrust Company, N.A. is a wholly owned subsidiary of BANA.

DATED: September 26, 2011

REED SMITH LLP

By  /s/ Feather D. Baron
    Feather D. Baron (SBN 252489)
    Attorneys for Defendants Bank of America, N.A.
    (successor by merger to BAC Home Loans
    Servicing, LP) and ReconTrust Company, N.A.